1  BENJAMIN B. WAGNER
United States Attorney
2  MEGAN A. S. RICHARDS
MIA A. GIACOMAZZI
3  Assistant United States Attorney
2500 Tulare Street, Suite 4401
4  Fresno, CA 93721
Telephone: (559) 497-4000
5  Facsimile: (559) 497-4099

6
Attorneys for Plaintiff
7  United States of America

8
IN THE UNITED STATES DISTRICT COURT
9
EASTERN DISTRICT OF CALIFORNIA
10

11
| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>VICTOR TRUJILLO-CHAVEZ,<br><br>Defendant. | CASE NO. 1:13-CR-00075-AWI_BAM<br><br>STIPULATION TO SET CHANGE OF PLEA HEARING AND ORDER<br><br>Hearing Date: July 8, 2013<br>Hearing Time: 10:00 a.m.<br>Courtroom: 2<br>Hon. Anthony W. Ishii<br><br>(Trial Date: July 30, 2013 at 8:30 a.m.) |

18    IT IS HEREBY STIPULATED by and between the parties hereto, and through their respective

19 attorneys of record herein, that a Change of Plea hearing be scheduled for Defendant, VICTOR

20 TRUJILLO-CHAVEZ, on July 8, 2013, at 10:00 a.m. A Memorandum of Plea Agreement for this

21 defendant has been filed.

22    IT IS SO STIPULATED.

23 Dated: July 2, 2013                             BENJAMIN B. WAGNER
                                                  United States Attorney
24

25                                                 /s/ Megan A. S. Richards
                                                  MEGAN A. S. RICHARDS
26                                                Assistant United States Attorney

27

28
STIPULATION TO SET CHANGE OF PLEA HEARING          1
AND PROPOSED ORDER

Dated:  July 2, 2013                                    YARRA, KHARAZI AND CLASON

/s/ Ty Kharazi
TY KHARAZI
Attorney for Defendant,
VICTOR TRUJILLO-CHAVEZ

**O R D E R**

IT IS HEREBY ORDERED that a Change of Plea hearing be scheduled for July 8, 2013, at 10:00 a.m.

IT IS SO ORDERED.

Dated:  July 2, 2013                         _____
                                                              SENIOR  DISTRICT  JUDGE

STIPULATION TO SET CHANGE OF PLEA HEARING                        2
AND PROPOSED ORDER